UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFRY DOUGLAS SELLERS, JR.,       ) | |
|                                   ) | |
|       Plaintiff,                 ) | |
|                                  ) | |
|       vs.                            ) | No. 4:26-cv-00145-SRW |
|                                  ) | |
| ST. CHARLES COUNTY SHERIFF'S  ) | |
| DEPARTMENT, et al.,              ) | |
|                                  ) | |
|       Defendants.              ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. Self-represented Plaintiff Jeffry Douglas Sellers, Jr. filed this 42 U.S.C. § 1983 civil rights action on February 2, 2026. ECF No. 1. However, Plaintiff neither paid the Court filing fee nor filed a motion to proceed *in forma pauperis* to proceed without prepayment of fees or costs. Plaintiff must do one or the other in order for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis."). If Plaintiff files a motion to proceed *in forma pauperis*, he need not file an inmate account statement in support of his motion because the Court has already received this filing. *See* ECF No. 2. Finally, the Court warns Plaintiff that his failure to timely pay the filing fee or file a motion to proceed *in forma pauperis* may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs within **thirty (30) days** of the date of this Order.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 23rd day of February, 2026.

　　　　　　　　　　　　　　　　　　　/s/ Stephen R. Welby
　　　　　　　　　　　　　　　　　　　STEPHEN R. WELBY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE